1 | DANIEL G. BOGDEN
United States Attorney
2 | PAMELA A. MARTIN
Assistant United States Attorney
3 | 333 Las Vegas Blvd. South
Suite 5000
4 | Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6698

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:00-cr-0119-GMN-PAL |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS** |
| LEONARD SHELTON, | |
| Defendant, | |

COMES NOW, the United States of America, by and through counsel, Daniel G. Bogden, United States Attorney for the District of Nevada, and Pamela A. Martin, Assistant United States Attorney, and files this Motion To Dismiss Indictment without prejudice as to defendant Leonard Shelton.

**STATEMENT OF FACTS**

This case is thirteen (13) years old and evidence no longer exists..

. . .

. . .

. . .

. . .

## CONCLUSION

Based on the foregoing the Government requests that the Court dismiss, without prejudice, the Indictment against Leonard Shelton.

Dated this 13th day of January, 2012

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Pamela A. Martin*
_____
PAMELA A. MARTIN
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED** this 17th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge